# IN THE SUPREME COURT OF THE STATE OF NEVADA

**FILED**

FEB 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

| | |
|---|---|
| RAYMOND TYRONE DAVIS,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 80454 |
| RAYMOND TYRONE DAVIS,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 80455 ✓ |
| RAYMOND TYRONE DAVIS,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 80456 |
| RAYMOND TYRONE DAVIS,<br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>      Respondent. | No. 80569 |

## ORDER DISMISSING APPEALS

These are pro se appeals from pretrial orders denying an "order of retrial"; denying defendant's request for self-representation; denying a motion to recuse; and denying a motion to dismiss under *Doggett v. United*

20-07144

*States.* Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court's review of these appeals reveals jurisdictional defects. Specifically, no statute or court rule permits an appeal from orders denying the aforementioned motions. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Jacqueline M. Bluth, District Judge
Mueller & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk